**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

Date:                          June 3, 2026
Courtroom Deputy:    Donald L. Clement
Court Reporter:         Megan Strawn

---

Criminal Action No. **1:26-cv-01396-GPG**              Counsel:

MASOUD AHMADI et al,                                          Zachary Ryan New

      Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY,            Alexandra J. Berger
UNITED STATES CITIZENZHIP AND                         Timothy Bart Jafek
   IMMIGRATION SERVICES,

      Defendant.

---

**COURTROOM MINUTES**

---

**Video Motion Hearing**

**1:31 p.m.          Court in session.**

Appearances of counsel.

Court raises Motion for Preliminary Injunction [D. 7] and Motion to Dismiss [D. 15] for argument.

Argument for the Motion for Preliminary Injunction and against dismissing the case by Mr. New.

**2:39 p.m.          Court in recess**
**2:52 p.m.          Court in session**

Court addresses Plaintiff pertaining to issue of orders that Court should address.

Argument against the motion and for dismissing the case by Mr. Jafek pertaining to Standing Issue and to the four specific merit claims.

Court admits Defendants Exhibit 1 into evidence for this hearing only.

Ms. Berger provides argument against the motion pertaining to jurisdictional issues.

Mr. New provides rebuttal argument.

**ORDERED:**  that [D. 7] Motion for Preliminary Injunction and Motion to Dismiss [D. 15] are taken under advisement, and a written order will be issued.

**4:29 p.m.      Court is adjourned. Hearing concluded.**

Total time in court: 2 Hour 45  Minutes