IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 26-cv-01396-GPG

MASOUD AHMADI, *et al.*,

Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

---

**ORDER**

---

The Court continues to actively consider Plaintiffs' motion for a preliminary injunction and is prepared to issue a ruling on that motion if necessary. But, as Defendants' Response to Order to Show Cause (D. 36) and Plaintiffs' Reply (D. 37) both indicate that Defendants have resumed adjudicating Plaintiffs' applications, the Court expects that Defendants will adjudicate all applications at issue in this case in a matter of weeks and presumes that a preliminary injunction will not be necessary as the matters will be resolved. In the meantime, the Court ORDERS Defendants to file a status report in THIRTY (30) DAYS providing an update on the status of each application at issue in this case. Such status report SHALL include an itemized report of each Plaintiff's adjudicated and pending applications, as well as an indication of how long each pending application has been pending for. The status report SHALL also include a list of any Plaintiffs'

previously adjudicated benefits that have been selected for re-review pursuant to the Comprehensive Re-Review Policy.

The Court will immediately review the status report and assess appropriate next steps based on Defendants' progress at that time.

DATED November 3, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge